IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice

Criminal Case No.: 10-mj-00014-GJR

UNITED STATES OF AMERICA,

    Plaintiff,
v.

TERRI N. CARL,

    Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY MAGISTRATE JUDGE GUDRUN J. RICE
DATED: September 15, 2010

    Defendant, through counsel, has provided oral notice to the Court of a potential plea agreement in this matter.

    In accordance with the provisions of 18 U.S.C. § 3161(h)(1)(6) this matter is continued for a change of plea to October 21, 2010 at 9:00 a.m.

    The Court finds that the granting of the continuance outweighs the best interest of the public and Defendant in a speedy trial and that the ends of justice are served by granting the continuance.

    **ORDERED**: Matter continued to October 21, 2010 at 9:00 a.m. for Change of Plea.