IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice

Criminal Case No.: 10-mj-00014-GJR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TERRI N. CARL,

    Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY MAGISTRATE JUDGE GUDRUN J. RICE
DATED: November 24, 2010

    Probation Officer Sherrie Blake requests the Sentencing Hearing set for January 04, 2011 at 1:30 p.m. for additional time to investigate matters in this case.

    Counsel in this matter are not opposed to a continuance.

    The Court finds that the granting of the continuance outweighs the best interest of the public and Defendant in a speedy trial and that the ends of justice are served by granting the continuance.

    **ORDERED**: Sentencing Hearing set for January 04, 2011 at 1:30 p.m. is **VACATED** and rescheduled to February 07, 2011 at 1:30 p.m.