IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice

Criminal Case No.: 10-mj-00014-GJR

UNITED STATES OF AMERICA,

    Plaintiff,
v.

TERRI N. CARL,

    Defendant.

---

**MINUTE ORDER**

---

ORDER ENTERED BY MAGISTRATE JUDGE GUDRUN J. RICE
DATED: February 07, 2011

This matter is set for Sentencing Hearing on February 23, 2011 at 11:00 a.m.