IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice

Criminal Case No.: 10-mj-00014-GJR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TERRI N. CARL,

    Defendant.

---

**MINUTE ORDER**

---

ORDER ENTERED BY MAGISTRATE JUDGE GUDRUN J. RICE
DATED: May 23, 2012

    This matter is set for a Probation Violation Hearing on July 10, 2012 at 3:00 p.m.