# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Action No.  10-mj-00014-GJR

UNITED STATES OF AMERICA,

      Plaintiff,

v.

TERRI N. CARL,

      Defendant.

---

## ORDER

---

      GOOD CAUSE THEREFORE APPEARING, Defendant's **MOTION TO CONTINUE HEARING** is hereby:

          ___X___    Granted.  The parties are to appear on _August 14, 2012 at 2.00.p.m._

          _____    Denied.

DATED this __27th__ day of June, 2012.

_____
Magistrate Judge Gudrun Rice